**WO**                                                                                                          SVK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Leon Dews,  )  No. CV 07-1165-PHX-SMM (DKD)
)
    Plaintiff,  )  **ORDER**
)
vs.  )
)
State of Arizona, et al.,  )
)
    Defendants.  )
)

On July 14, 2007, Plaintiff Leon Dews, who is confined in the California State Prison in Wasco, California, filed a *pro se* civil rights Complaint pursuant to 42 U.S.C. § 1983 and an Application to Proceed *In Forma Pauperis*. The Court granted Plaintiff's Application to Proceed *In Forma Pauperis* and dismissed the Complaint with leave to amend because the Complaint was not filed on the court-approved form. In connection with granting Plaintiff's Application to Proceed *In Forma Pauperis*, the Court issued a Payment Order directing monthly payment of the filing fee from Plaintiff's inmate account (Doc. #5).

Plaintiff has now filed a Motion to Reconsider Order for Payment of Inmate Filing Fee (Doc. #7) and a second Application to Proceed *In Forma Pauperis* (Doc. #8). The Court will deny the motions.

**I.    Second Application to Proceed *In Forma Pauperis***

The second Application to Proceed *In Forma Pauperis* is denied as moot; the Court has already granted Plaintiff the privilege of proceeding *in forma pauperis*.

**II.     Reconsideration of Payment Order**

Motions for reconsideration should be granted only in rare circumstances. <u>Defenders of Wildlife v. Browner</u>, 909 F. Supp. 1342, 1351 (D. Ariz. 1995). "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." <u>School Dist. No. 1J, Multnomah County v. ACandS, Inc.</u>, 5 F.3d 1255, 1263 (9th Cir. 1993). Such motions should not be used for the purpose of asking a court "'to rethink what the court had already thought through—rightly or wrongly.'" <u>Defenders of Wildlife</u>, 909 F. Supp. at 1351 (quoting <u>Above the Belt, Inc. v. Mel Bohannon Roofing, Inc.</u>, 99 F.R.D. 99, 101 (E.D.Va. 1983)).

Here, Plaintiff presents no arguments in support of his motion to reconsider the Payment Order. Instead, he complains about a mix-up with forms for filing a Petition for Writ of Habeas Corpus and forms for filing a civil rights complaint and asks this Court to provide him with an order to the law library, copy machine, and law books.

The Court notes that 28 U.S.C. § 1915, which governs proceedings *in forma pauperis*, does not provide any authority or mechanism for the Court to excuse Plaintiff from having to pay his filing fee. In addition, the Court denies Plaintiff's requests and notes that it has already provided Plaintiff with forms for filing a civil rights complaint, which include instructions. Accordingly,

///
///
///
///
///
///
///
///
///

**IT IS ORDERED:**

    (1)    Plaintiff's Motion to Reconsider Payment Order (Doc. #7) is **denied**.

    (2)    Plaintiff's Application to Proceed *In Forma Pauperis* (Doc. #8) is **denied** as moot.

DATED this 13th day of July, 2007.

_____
Stephen M. McNamee
United States District Judge